United States District Court
Southern District of Texas
**ENTERED**
October 05, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| MONICA ALVAREZ RESENDIZ,<br>"Petitioner," | §<br>§<br>§ | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00961 |
| WARDEN, EL VALLE DETENTION FACILITY, et al.,<br>"Respondents." | §<br>§<br>§ | |

## ORDER

Before the Court is "Petitioner's Notice of Voluntary Dismissal Without Prejudice" (Dkt. No. 4). Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), the "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" (Dkt. No. 1) is **DISMISSED without prejudice**. The Clerk of Court is **INSTRUCTED** to close this case.

SIGNED this October 5, 2026

Rolando Olvera
United States District Judge